**Robert T. MURPHY, Respondent,**

v.

**Missy MURPHY, Appellant,**

**William Murphy and Wanda Murphy, Intervenors/Respondents.**

**No. ED 83271.**

Missouri Court of Appeals, Eastern District, Division One.

June 15, 2004.

Kevin J. Dolley, Law Office of Kevin J. Dolley, LLC, St. Louis, MO, For Appellant.

William G. Reeves, Farmington, MO, Kimberly D. Tyler, Bonne Terre, MO, for Respondents.

William Beedie, Farmington, MO, for Guardian Ad Litem.

Before GARY M. GAERTNER, SR., P.J., ROBERT J. DOWD, JR., J. and MARY R. RUSSELL, J.

## ORDER

PER CURIAM.

Appellant, Missy Murphy, appeals from the judgment of the Circuit Court of St. Francois County, dissolving her marriage to respondent, Robert T. Murphy. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is supported by competent and substantial evidence. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).